**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−15204−SLM | **DATE FILED::** 3/16/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Maria Reascos<br>xxx−xx−9694 | ADDRESS OF DEBTOR(S):<br><br>211 E 8th Ave<br>Roselle, NJ 07203−2033 |
| DEBTOR'S ATTORNEY:<br>Mary Ann McField<br>Mary Ann McField<br>1209 E. Grand Street<br>Suite 201<br>Elizabeth, NJ 07201<br><br>(908) 353−8224 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/1/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 4, 2018                                                    FOR THE COURT
                                                                       Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15204-SLM
Maria Reascos                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: May 04, 2018
                               Form ID: noa             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              Maria Reascos,    211 E 8th Ave,    Roselle, NJ 07203-2033
517392060       Atlantic Health System -Patient Fnancial,    100 Madison Ave,   Morristown, NJ 07960-6136
517392061       Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517392065       Mariner Finance,    8211 Town Center Dr,   Nottingham, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM May 05 2018 03:54:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517392062      +EDI: CAUT.COM May 05 2018 03:53:00      Chase Auto Finance,   National Bankruptcy Dept,
                 201 N Central Ave MSC AZ1-1191,    Phoenix, AZ 85004-1071
517392063       E-mail/Text: cashiering-administrationservices@flagstar.com May 05 2018 00:13:44
                 Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,   Troy, MI 48098-2639
517392064       E-mail/Text: cashiering-administrationservices@flagstar.com May 05 2018 00:13:44
                 Flagstar Bank,    5151 Corporate Dr,   Troy, MI 48098-2639
517392066       EDI: RMSC.COM May 05 2018 03:54:00      Syncb/lowes,   PO Box 965005,   Orlando, FL 32896-5005
517393624      +EDI: RMSC.COM May 05 2018 03:54:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517392067       EDI: RMSC.COM May 05 2018 03:54:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL 32896-5060
517392068       EDI: TFSR.COM May 05 2018 03:53:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054-4522
517392069       EDI: TFSR.COM May 05 2018 03:53:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 PO Box 8026,    Cedar Rapids, IA 52408-8026
517392070       EDI: WFFC.COM May 05 2018 03:54:00      Wells Fargo,   PO Box 14517,
                 Des Moines, IA 50306-3517
517392071       EDI: WFFC.COM May 05 2018 03:54:00      Wells Fargo Bank,   PO Box 10438,
                 Des Moines, IA 50306-0438
517392072       EDI: WFFC.COM May 05 2018 03:54:00      Wf Pll,   PO Box 94435,   Albuquerque, NM 87199-4435
                                                                                                 TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2018 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Mary Ann McField    on behalf of Debtor Maria   Reascos maryann@mmcfieldlaw.com,
               G1557@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5