UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy
Proposed Counsel to Chapter 7 Trustee

**Order Filed on May 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

MARIA REASCOS,

                Debtor.

| | |
|---|---|
| Case No.: | 18-15204 (SLM) |
| Chapter: | Stacey L. Meisel |
| Judge: | 7 |

## ORDER AUTHORIZING RETENTION OF

### RABINOWITZ, LUBETKIN, TULLY, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Rabinowitz, Lubetkin & Tully, LLC___

as _____Trustee's counsel_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

 The professional's address is:    293 Eisenhower Parkway

 Suite 100

 Livingston, NJ 07039

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper

 application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

 ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

 ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

 13 case. Payment to the professional may only be made after satisfactory completion of

 services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Maria Reascos
          Debtor

Case No. 18-15204-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 14, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db              Maria Reascos,    211 E 8th Ave,    Roselle, NJ  07203-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
          Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Mary Ann  McField    on behalf of Debtor Maria   Reascos maryann@mmcfieldlaw.com,
           G1557@notify.cincompass.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7