Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−15204−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Reascos
   211 E 8th Ave
   Roselle, NJ 07203−2033

Social Security No.:
   xxx−xx−9694

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Maria Reascos.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Stacey L. Meisel on:

Date:           June 12, 2018
Time:              10:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102


Dated: May 15, 2018
JAN:

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 18-15204-SLM
Maria Reascos                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin             Page 1 of 2              Date Rcvd: May 15, 2018
                              Form ID: 169            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             Maria Reascos,    211 E 8th Ave,    Roselle, NJ 07203-2033
aty           +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                Livingston, NJ 07039-1711
517392060      Atlantic Health System -Patient Fnancial,    100 Madison Ave,    Morristown, NJ 07960-6136
517392061      Chase Auto,    PO Box 901003,   Fort Worth, TX 76101-2003
517392065      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517392068     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054-4522)
517392070      Wells Fargo,    PO Box 14517,   Des Moines, IA 50306-3517
517392071      Wells Fargo Bank,    PO Box 10438,   Des Moines, IA 50306-0438
517392072      Wf Pll,   PO Box 94435,   Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:30
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517392062     +E-mail/Text: bk.notifications@jpmchase.com May 15 2018 23:23:10     Chase Auto Finance,
                National Bankruptcy Dept,    201 N Central Ave MSC AZ1-1191,    Phoenix, AZ 85004-1071
517392063      E-mail/Text: cashiering-administrationservices@flagstar.com May 15 2018 23:24:10
                Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
517392064      E-mail/Text: cashiering-administrationservices@flagstar.com May 15 2018 23:24:10
                Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
517392066      E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:30     Syncb/lowes,    PO Box 965005,
                Orlando, FL 32896-5005
517393624     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:41     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517392067      E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:41     Synchrony Bank/Lowes,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517392069*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Barry J. Roy   on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: May 15, 2018
                               Form ID: 169             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Mary Ann  McField    on behalf of Debtor Maria  Reascos maryann@mmcfieldlaw.com, G1557@notify.cincompass.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7