Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                     Case No.:  18−15204−SLM
                                                     Chapter:  13
                                                     Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Reascos
   211 E 8th Ave
   Roselle, NJ 07203−2033

Social Security No.:
   xxx−xx−9694

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Rabinowitz, Lubetkin & Tully, LLC the Ch7 Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/22/18.

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039


Dated: June 25, 2018
JAN: smz

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 18-15204-SLM
Maria Reascos                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 25, 2018
                              Form ID: 226             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db            Maria Reascos,    211 E 8th Ave,    Roselle, NJ 07203-2033
517392060     Atlantic Health System -Patient Fnancial,    100 Madison Ave,    Morristown, NJ 07960-6136
517392061     Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517392065     Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517606969    +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway, Suite 100,
              Livingston, New Jersey 07039-1711
517392068   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
              Parsippany, NJ  07054-4522)
517392070     Wells Fargo,   PO Box 14517,    Des Moines, IA 50306-3517
517392071     Wells Fargo Bank,    PO Box 10438,    Des Moines, IA 50306-0438
517544010    +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    Saint Louis Park, MN 55426-4938
517392072     Wf Pll,   PO Box 94435,    Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:49     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517392062    +E-mail/Text: bk.notifications@jpmchase.com Jun 25 2018 23:36:40     Chase Auto Finance,
              National Bankruptcy Dept,    201 N Central Ave MSC AZ1-1191,   Phoenix, AZ 85004-1071
517392063     E-mail/Text: cashiering-administrationservices@flagstar.com Jun 25 2018 23:37:23
              Flagstar Bank,   Attn: Bankruptcy Dept,    5151 Corporate Dr,   Troy, MI 48098-2639
517392064     E-mail/Text: cashiering-administrationservices@flagstar.com Jun 25 2018 23:37:23
              Flagstar Bank,   5151 Corporate Dr,   Troy, MI 48098-2639
517392066     E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:37:58     Syncb/lowes,   PO Box 965005,
              Orlando, FL 32896-5005
517393624    +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:38:44     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517392067     E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 23:38:37     Synchrony Bank/Lowes,
              Attn: Bankruptcy,   PO Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517392069*  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
              Cedar Rapids, IA  52408-8026)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mary Ann McField    on behalf of Debtor Maria  Reascos maryann@mmcfieldlaw.com,
               G1557@notify.cincompass.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 25, 2018
                              Form ID: 226             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 7

Case 18-15204-SLM    Doc 28    Filed 06/27/18    Entered 06/28/18 00:36:51    Desc Imaged
Certificate of Notice    Page 3 of 3