Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  18−15204−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria Reascos
    211 E 8th Ave
    Roselle, NJ 07203−2033

Social Security No.:
    xxx−xx−9694

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/22/18
Time:              09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 16, 2018
JAN: smz

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15204-SLM
Maria Reascos                                                             Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: Jul 16, 2018
                             Form ID: 132            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db                 Maria Reascos,    211 E 8th Ave,   Roselle, NJ  07203-2033
aty               +Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway,   Suite 100,
                   Livingston, NJ 07039-1711
517392060          Atlantic Health System -Patient Fnancial,   100 Madison Ave,   Morristown, NJ  07960-6136
517392061          Chase Auto,   PO Box 901003,   Fort Worth, TX  76101-2003
517392065          Mariner Finance,   8211 Town Center Dr,   Nottingham, MD  21236-5904
517606969         +Rabinowitz, Lubetkin & Tully, LLC,   293 Eisenhower Parkway, Suite 100,
                   Livingston, New Jersey 07039-1711
517392068        ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                   (address filed with court: Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                   Parsippany, NJ  07054-4522)
517643682         +Union County College,   1033 Springfield Ave,   Cranford, NJ 07016-1598
517392070          Wells Fargo,   PO Box 14517,   Des Moines, IA  50306-3517
517392071          Wells Fargo Bank,   PO Box 10438,   Des Moines, IA  50306-0438
517544010         +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   Saint Louis Park, MN 55426-4938
517392072          Wf Pll,   PO Box 94435,   Albuquerque, NM  87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50    U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46    United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr                +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:47:07
                   Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517392062         +E-mail/Text: bk.notifications@jpmchase.com Jul 16 2018 23:44:37    Chase Auto Finance,
                   National Bankruptcy Dept,   201 N Central Ave MSC AZ1-1191,   Phoenix, AZ 85004-1071
517392063          E-mail/Text: cashiering-administrationservices@flagstar.com Jul 16 2018 23:45:27
                   Flagstar Bank,   Attn: Bankruptcy Dept,   5151 Corporate Dr,   Troy, MI  48098-2639
517392064          E-mail/Text: cashiering-administrationservices@flagstar.com Jul 16 2018 23:45:27
                   Flagstar Bank,   5151 Corporate Dr,   Troy, MI  48098-2639
517643681         +E-mail/Text: cio.bncmail@irs.gov Jul 16 2018 23:44:14    Internal Revenue Services,
                   POBox 9012,   Holtsville, NY 11742-9012
517392066          E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:47:07    Syncb/lowes,   PO Box 965005,
                   Orlando, FL  32896-5005
517393624         +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:46:36    Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517392067          E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:46:06    Synchrony Bank/Lowes,
                   Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
517623451         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2018 23:46:16    Verizon,
                   by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 11


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517392069*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                   (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
                   Cedar Rapids, IA  52408-8026)
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0312-2         User: admin              Page 2 of 2            Date Rcvd: Jul 16, 2018
                            Form ID: 132             Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
        Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
        NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mary Ann  McField    on behalf of Debtor Maria   Reascos maryann@mmcfieldlaw.com,
        G1557@notify.cincompass.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7