Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−15204−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Reascos
   211 E 8th Ave
   Roselle, NJ 07203−2033

Social Security No.:
   xxx−xx−9694

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/13/18 and a confirmation hearing on such Plan has been scheduled for 8/22/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 10/8/18 and a confirmation hearing on the Modified Plan is scheduled for 11/14/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 14, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Maria Reascos  
    Debtor

Case No. 18-15204-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 15, 2018  
                         Form ID: 186    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
```
db             Maria Reascos,    211 E 8th Ave,    Roselle, NJ  07203-2033
aty           +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
               Livingston, NJ 07039-1711
cr            +FLAGSTAR BANK, FSB,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
517392060      Atlantic Health System -Patient Fnancial,    100 Madison Ave,    Morristown, NJ 07960-6136
517392061      Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517648136      Internal Revenue Service,    333 W. Pershing Rd.,    Kansas City, MO 64999-0193
517392065      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517606969     +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway, Suite 100,
               Livingston, New Jersey 07039-1711
517648135      Skin Laser - Hillsborough,    105 Raider Blvd. Ste. 203,    Hillsborough, NJ 08844-1528
517392068    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
               Parsippany, NJ  07054-4522)
517643682     +Union County College,    1033 Springfield Ave,    Cranford, NJ 07016-1598
517392070      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
517392071      Wells Fargo Bank,    PO Box 10438,    Des Moines, IA 50306-0438
517680410      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
517544010     +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    Saint Louis Park, MN 55426-4938
517392072      Wf Pll,    PO Box 94435,    Albuquerque, NM 87199-4435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 15 2018 23:50:25     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 15 2018 23:50:21     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517392062     +E-mail/Text: bk.notifications@jpmchase.com Oct 15 2018 23:50:15     Chase Auto Finance,
               National Bankruptcy Dept,    201 N Central Ave MSC AZ1-1191,    Phoenix, AZ 85004-1071
517678164     +E-mail/Text: cio.bncmail@irs.gov Oct 15 2018 23:49:52     Department of Treasury,
               Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517392063      E-mail/Text: cashiering-administrationservices@flagstar.com Oct 15 2018 23:50:57
               Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
517392064      E-mail/Text: cashiering-administrationservices@flagstar.com Oct 15 2018 23:50:57
               Flagstar Bank,    5151 Corporate Dr,    Troy, MI 48098-2639
517392066      E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:36     Syncb/lowes,    PO Box 965005,
               Orlando, FL 32896-5005
517393624     +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:56:25     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517654762     +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:00     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517392067      E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:36     Synchrony Bank/Lowes,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517623451     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2018 00:08:41     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517673776      FLAGSTAR BANK, FSB
cr*           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517643681*    +Internal Revenue Services,    POBox 9012,    Holtsville, NY 11742-9012
517392069*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA  52408-8026)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: 186               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2018 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mary Ann McField    on behalf of Debtor Maria  Reascos maryann@mmcfieldlaw.com,
               G1557@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor   FLAGSTAR BANK, FSB nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```