UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

MARIA REASCOS

Order Filed on November 16, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  18-15204 SLM

Hearing Date:  11/14/2018

Judge:  STACEY L. MEISEL

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: November 16, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-15204 SLM

Caption of Order:     ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/8/2018, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 7/1/2018, the Debtor shall pay the Standing Trustee

  the sum of $170.43 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must provide the Standing Trustee with their timely filed Tax Return by April 15th every year throughout the life of the plan and any refund in excess of $1,500.00 shall be contributed into the plan for the benefit of the creditors or the case will be reconverted to Ch. 7 upon the Trustee filing a certification with 14 days notice to debtor(s) and debtor(s)' attorney; and it is further

- ORDERED, that the arrears claim of Flagstar Bank, FSB is to be paid inside the plan, unless otherwise ordered by the Court; and it is further

- ORDERED, that the debtor must become current with plan payment by 11/30/2018 or the case will be reconverted to Ch. 7 upon the Trustee filing a certification with 14 days notice to debtor(s) and debtor(s)' attorney; and it is further

- ORDERED, that should debtor(s) fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the debtor(s) and debtor(s)' counsel, a Certification of Non-receipt of Payment and request that the debtor(s)' case be reconverted to Ch. 7. The debtor(s) shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $2,675.00. The unpaid balance of the allowed fee in the amount of $1,000.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.