UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mary Ann McField, Esq.
1209 E. Grand St, Suite 201
Elizabeth, NJ 07201
(908) 353-8224
MM-9600

| | |
|---|---|
| In Re:<br><br>Maria Reascos | Case No.: _____18-15204_____<br><br>Judge: _____Stacey L. Meisel_____<br><br>Chapter:      13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.　　☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

　　A hearing has been scheduled for _____, at _____.


　　☐ Motion to Dismiss filed by the Chapter 13 Trustee.

　　A hearing has been scheduled for _____, at _____.


　　☒ Certification of Default filed by _____Chapter 13 Trustee_____,

　　I am requesting a hearing be scheduled on this matter.


2.　　I oppose the above matter for the following reasons (**choose one**):

　　☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☒ Other **(explain your answer):**
The Debtor's filed her 2018 tax return and will provide the same to the Trustee. The Debtor has been working abroad for the past several weeks and is expected to return to the USA by May 24, 2019. At that time, the Debtor will provide the Trustee with the 2018 tax return.

3.    This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _May 7, 2019_____                        _/s/ Maria Reascos_____
                                                   Debtor's Signature

Date: _____                              _____
                                                   Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*