Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−15204−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Reascos
   211 E 8th Ave
   Roselle, NJ 07203−2033

Social Security No.:
   xxx−xx−9694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/14/21 at 10:00 AM

to consider and act upon the following:

*74* − Objection to Trustee Motion (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 06/7/2021. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Mary Ann McField on behalf of Maria Reascos. (McField, Mary Ann)

Dated: 6/7/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 18-15204-SLM

Maria Reascos                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 1

Date Rcvd: Jun 07, 2021                      Form ID: ntchrgbk                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

**Recip ID**         **Recipient Name and Address**
db         Maria Reascos, 211 E 8th Ave, Roselle, NJ 07203-2033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

**Name**         **Email Address**

Barry J. Roy
    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jay L. Lubetkin
    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
    NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mary Ann McField
    on behalf of Debtor Maria Reascos mary@mcfieldlaw.com  G1557@notify.cincompass.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7